# EXHIBIT "A"

**LYNCH LYNCH HELD ROSENBERG, P.C.**
**BRIAN A. HELD, ESQ.**
**NJ ATTORNEY ID# 017472000**
440 State Route 17 North
Hasbrouck Heights, NJ 07604
Tel.: (201) 288-2022
Attorneys for Plaintiff,
**PRISCILLA PERIUT**

| | |
|---|---|
| PRISCILLA PERIUT,<br><br>Plaintiff,<br><br>-vs-<br><br>JONATHAN H. SCHMIDT, QUALITY CARRIERS, INC., "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO.: HUD-L-244-22<br><br>Civil Action<br><br>**SUMMONS** |

**FROM THE STATE OF NEW JERSEY**, To The Defendant(s) Named Above:

  The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within **35 days** from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

  If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

{00713391.DOC}

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:     February 18, 2022                /s Michelle M. Smith, Esq.
                                            Clerk of the Superior Court

Name of Defendant to be served:        JONATHAN H. SCHMIDT
Address of Defendants to be served:    57 JOHN STREET
                                       DALTON, MA 01226

                                       QUALITY CARRIERS, INC.
                                       1861 TERRY DRIVE
                                       JOLIET, IL 60436

{00713391.DOC}

# DIRECTORY OF SUPERIOR COURT DEPUTY CLERK'S OFFICES
## COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn. Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice 1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

{00713391.DOC}

| | |
|---|---|
| **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street<br>Woodbury, NJ 08096 | LAWYER REFERRAL (856) 848-4589<br>LEGAL SERVICES (856) 848-5360 |
| **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House--1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL (201) 798-2727<br>LEGAL SERVICES (201) 792-6363 |
| **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL (908) 735-2611<br>LEGAL SERVICES (908) 782-7979 |
| **MERCER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 S. Broad Street, P.O. Box 8068<br>Trenton, NJ 08650 | LAWYER REFERRAL (609) 585-6200<br>LEGAL SERVICES (609) 695-6249 |
| **MIDDLESEX COUNTY:**<br>Deputy Clerk of the Superior Court, Middlesex Vicinage<br>2nd Floor - Tower<br>56 Paterson Street, P.O. Box 2633<br>New Brunswick, NJ 08903-2633 | LAWYER REFERRAL (732) 828-0053<br>LEGAL SERVICES (732) 249-7600 |
| **MONMOUTH COUNTY:**<br>Deputy Clerk of the Superior Court<br>Court House<br>P.O. Box 1269<br>Freehold, NJ 07728-1269 | LAWYER REFERRAL (732) 431-5544<br>LEGAL SERVICES (732) 866-0020 |
| **MORRIS COUNTY:**<br>Morris County Courthouse<br>Civil Division<br>Washington and Court Streets<br>P. O. Box 910<br>Morristown, NJ 07963-0910 | LAWYER REFERRAL (973) 267-5882<br>LEGAL SERVICES (973) 285-6911 |
| **OCEAN COUNTY:**<br>Deputy Clerk of the Superior Court<br>118 Washington Street, Room 121<br>P.O. Box 2191<br>Toms River, NJ 08754-2191 | LAWYER REFERRAL (732) 240-3666<br>LEGAL SERVICES (732) 341-2727 |

{00713391.DOC}

**PASSAIC COUNTY:**  
Deputy Clerk of the Superior Court  
Civil Division  
Court House  
77 Hamilton Street  
Paterson, NJ 07505  

LAWYER REFERRAL  
(973) 278-9223  
LEGAL SERVICES  
(973) 523-2900  

**SALEM COUNTY:**  
Deputy Clerk of the Superior Court  
Attn: Civil Case Management Office  
92 Market Street  
Salem, NJ 08079  

LAWYER REFERRAL  
(856) 678-8363  
LEGAL SERVICES  
(856) 451-0003  

**SOMERSET COUNTY:**  
Deputy Clerk of the Superior Court  
Civil Division  
P.O. Box 3000  
40 North Bridge Street  
Somerville, N.J. 08876  

LAWYER REFERRAL  
(908) 685-2323  
LEGAL SERVICES  
(908) 231-0840  

**SUSSEX COUNTY:**  
Deputy Clerk of the Superior Court  
Sussex County Judicial Center  
43-47 High Street  
Newton, NJ 07860  

LAWYER REFERRAL  
(973) 267-5882  
LEGAL SERVICES  
(973) 383-7400  

**UNION COUNTY:**  
Deputy Clerk of the Superior Court  
1st Fl., Court House  
2 Broad Street  
Elizabeth, NJ 07207-6073  

LAWYER REFERRAL  
(908) 353-4715  
LEGAL SERVICES  
(908) 354-4340  

**WARREN COUNTY:**  
Deputy Clerk of the Superior Court  
Civil Division Office Court House  
413 Second Street  
Belvidere, NJ 07823-1500  

LAWYER REFERRAL  
(973) 267-5882  
LEGAL SERVICES  
(908) 475-2010  

{00713391.DOC}

**LYNCH LYNCH HELD ROSENBERG, P.C.**
**BRIAN A. HELD, ESQ.**
**NJ ATTORNEY ID# 017472000**
440 State Route 17 North
Hasbrouck Heights, NJ 07604
Tel.: (201) 288-2022
Attorneys for Plaintiff,
**PRISCILLA PERIUT**

| | |
|---|---|
| PRISCILLA PERIUT,<br><br>Plaintiff,<br><br>-vs-<br><br>JONATHAN H. SCHMIDT, QUALITY CARRIERS, INC., "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>Docket No.: HUD-L-244-22<br><br>CIVIL ACTION<br><br>MOTOR VEHICLE ACCIDENT COMPLAINT; DEMAND FOR TRIAL BY JURY; DESIGNATION OF TRIAL ATTORNEY |

Plaintiff, PRISCILLA PERIUT, residing at 300 Somerset Street, in the Town of Harrison, County of Hudson and State of New Jersey, complaining of the Defendants, JONATHAN H. SCHMIDT, QUALITY CARRIERS, INC., "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown), deposes and say:

### FIRST COUNT

1. On or about June 20, 2020, Plaintiff, PRISCILLA PERIUT, was the driver of a certain 2013 Toyota motor vehicle which was traveling southbound on Route 17 the Borough of

Hasbrouck Heights, County of Bergen, and State of New Jersey.

2. On or about June 20, 2020, Defendant, JONATHAN H. SCHMIDT, was the operator of the 2012 Peterbuilt Truck which was traveling southbound on Route 17 the Borough of Hasbrouck Heights, County of Bergen, and State of New Jersey.

3. On or about June 20, 2020, Defendant, QUALITY CARRIERS, INC., was the owner of the 2012 Peterbuilt Truck which was traveling southbound on Route 17 the Borough of Hasbrouck Heights, County of Bergen, and State of New Jersey.

4. On or about June 20, 2020, Defendant, JONATHAN H. SCHMIDT, was acting as the agent of Defendant, QUALITY CARRIERS, INC., the owner of the 2012 Peterbuilt Truck which was traveling southbound on Route 17 the Borough of Hasbrouck Heights, County of Bergen, and State of New Jersey.

5. JOHN DOES 1-10 and/or ABC CORPORATIONS 1-10, fictitious names are designated as the unknown owners, operators, employers, principals, or agents of the aforementioned 2012 Peterbuilt Truck which was traveling southbound on Route 17 the Borough of Hasbrouck Heights, County of Bergen, and State of New Jersey.

6. Defendants, JONATHAN H. SCHMIDT, QUALITY CARRIERS, INC., "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10"

(fictitious names, true names unknown), did so negligently and carelessly own, operate, and/or maintain the aforementioned motor vehicle so as to cause or contribute to the collision with the vehicle of Plaintiff, PRISCILLA PERIUT.

7. As a direct and proximate result of the negligence of the Defendants, JONATHAN H. SCHMIDT, QUALITY CARRIERS, INC., "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown), as aforesaid, Plaintiff, PRISCILLA PERIUT, was caused to sustain and did sustain serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization, and medication, and have been and will in the future continue to be hampered in her daily routines.

WHEREFORE, Plaintiff, PRISCILLA PERIUT, demand judgment against the Defendants, JONATHAN H. SCHMIDT, QUALITY CARRIERS, INC., "JOHN DOES 1-10" (fictitious names, true names unknown), and/or "ABC CORPORATIONS 1-10" (fictitious names, true names unknown), in the amount of her damages together with interest and costs of suit.

LYNCH LYNCH HELD ROSENBERG, P.C.
Attorneys for Plaintiff,

By: _____
**BRIAN A. HELD, ESQ.**

Dated: January 20, 2022

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a Trial by jury as to all issues.

## NOTICE OF TRIAL COUNSEL

Please take notice that ARTHUR V. LYNCH, ESQ., NJ ATTORNEY ID# 038851988 is hereby designated as Trial Counsel in the above-captioned matter for **LYNCH LYNCH HELD ROSENBERG, P.C.**, pursuant to R.4:25 et. seq.

## DEMAND FOR ANSWERS TO UNIFORM AND SUPPLEMENTAL INTERROGATORIES

**PLEASE TAKE NOTICE** that pursuant to Rule 4:17-1(b)(ii)(2), Plaintiff hereby demands answers to **Uniform Interrogatories Form C and Form C(1)** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

# CERTIFICATION

Pursuant to the requirements of Rule 4:5-1 (NOTICE OF OTHER ACTIONS), I, the undersigned, do hereby certify to the best of my knowledge, information and belief, that except as hereinafter indicated, the subject matter of the controversy referred to in the within pleading is not the subject of any other Cause of Action, pending in any other Court, or of a pending Arbitration Proceeding, nor is any other Cause of Action or Arbitration Proceeding contemplated;

1. <u>OTHER ACTIONS PENDING?</u>.....................YES ___ NO _X_
A. If YES - Parties to other Pending Actions.

B. In my opinion, the following parties should be joined in the within pending Cause of Action.

2. <u>OTHER ACTIONS CONTEMPLATED?</u>.................YES___ NO _X_
A. If YES - Parties contemplated to be joined, in other Causes of Action.

3. <u>ARBITRATION PROCEEDINGS PENDING?</u>............YES ___ NO _X_
A. If YES - Parties to Arbitration Proceedings.

B. In my opinion, the following parties should be joined in the pending Arbitration Proceedings.

4. <u>OTHER ARBITRATION PROCEEDINGS CONTEMPLATED?</u>.YES ___ NO _X_
A. If YES - Parties contemplated to be joined to Arbitration Proceedings.

In the event that during the pendency of the within Cause of Action, I shall become aware of any change as to any facts stated herein, I shall file an amended certification and serve a copy thereof on all other parties (or their attorneys) who have appeared in said Cause of Action.

                                                  **LYNCH LYNCH HELD ROSENBERG, P.C.**
                                                  Attorneys for Plaintiff,

                              By: _____
                                    **BRIAN A. HELD, ESQ.**

DATED: January 20, 2022

# Civil Case Information Statement

## Case Details: HUDSON | Civil Part Docket# L-000244-22

**Case Caption:** PERIUT PRISCILLA VS SCHMIDT JONATHAN
**Case Initiation Date:** 01/20/2022
**Attorney Name:** BRIAN A HELD
**Firm Name:** LYNCH LYNCH HELD ROSENBERG, PC
**Address:** 440 STATE ROUTE 17 NORTH HASBROUCK HEIGHTS NJ 07604
**Phone:** 2012882022
**Name of Party:** PLAINTIFF : Periut, Priscilla
**Name of Defendant's Primary Insurance Company (if known):** Bay Insurance Risk Retention Group

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Priscilla Periut?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
   **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/20/2022
Dated

/s/ BRIAN A HELD
Signed

# EXHIBIT "B"

D.O.A.: June 20, 2020  D.O.B.:December 18, 1990

# Priscilla Periut
## MAT-20062323799 (Automobile Accident)

| Primary: | Geico Insurance Company | Secondary: | |
|---|---|---|---|
| Benefits: | PIP-$15K *Health Ins. Primary* | Benefits: | |
| Co-Pays/Deds: | $250 Ded+$950 Copay=$1,200 | Co-Pays/Deds: | |

| # | Provider | Balance |
|---|---|---|
| 1 | Cigna/Conduent<br>Lavinia Banks/Case ID:24237674<br>P: 801.562.6556<br>F: | $4,661.03 as of 9.17.21 |
| 2 | Hackensack University Med Ctr.<br>Acct# 2005119036<br>Sharon<br>P: 551.996.3355<br>F: 5519963423 | **Zero Balance** |
| 3 | North Jersey Ortho Specialists, PA<br>Lyndy<br>P: 2017846800<br>F: 2017846801 | **Zero Balance** |
| 4 | University Radiology<br>P: 2018362500<br>F: | **No Records found** |
| 5 | Jag One PT<br>Taryn/Acct# 54P4771853<br>P: 8554098974<br>F: 8553967680 | **Zero Balance** |
| 6 | Kayal Orthopaedic Ctr.<br>Ray<br>P: 2015600711<br>F: 2014451400 | $130,000.00 |
| 7 | Patient Care Associates<br>Maria<br>P:201-567-8090<br>F: mgodwin@pcaasc.com | $58,406.00 |
| 8 | Binodal Pain Management/Bergen Anesthesia<br>BP-2990 | $14,735.00<br>$425.00 for covid test |

{00706047.DOC}

| | PA-3914<br>Beatrice<br>P: 201.342.1205<br>F: 201.820.2665 | |
|---|---|---|
| | **Total**: | **$208,227.03** |

**Notes:**